**Central Lime & Cement Company, appellee, v. H. G. Goelitz Company, appellant. Gen. No. 26,385.**
Action for breach of contract to purchase cement. Verdict and judgment for plaintiff for damages. Appeal from the Superior Court

of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of fact. Opinion filed October 4, 1921.

Gideon S. Thompson, for appellant. Edmund W. Fröehlich, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Mr. Justice Barnes delivered the opinion of the court.